RICHARD COUSINS, Appellant, *v.* EDWARD J. SWORDS, Respondent.

*Cousins* v. *Swords*, 14 App. Div. 338, affirmed.
(Submitted March 9, 1900; decided March 27, 1900.)

APPEAL from a final judgment of the Supreme Court, entered May 12, 1897, by default, after the failure of plaintiff to serve an amended complaint within twenty days as allowed by an order of the Appellate Division in the first judicial department, reversing an interlocutory judgment overruling a demurrer to the complaint and sustaining such demurrer.

*W. B. Donihee* for appellant.

*William H. Sage* for respondent.

Judgment and order affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.

---

ANGELINE ODELL, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Odell* v. *N. Y. C. & H. R. R. R. Co.*, 18 App. Div. 12, affirmed.
(Submitted March 9, 1900; decided March 27, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 4, 1897, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term, and granting a new trial.

*Charles C. Paulding* for appellant.

*William H. H. Ely* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs ; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.